## COMMERCIAL CASUALTY POLICY

**INSURANCE FROM**

**CNA**

CNA Plaza
Chicago, Illinois 60685

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

### DECLARATIONS

Item

1. 

| PRODUCER NO. | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|
| 034 1923 | 382 | CCP | 007 43 05 70 |

☑ Continental Casualty Company

NAMED INSURED & ADDRESS: (Number & Street, Town, County, State & Zip Code)

Allied Bruce Terminix Companies
58 Midtown Park East
Mobile, Alabama

☐ National Fire Insurance Company of Hartford

☐ American Casualty Company of Reading, Pa.

☐ Transportation Insurance Company

☐ Transcontinental Insurance Company

BUSINESS OF INSURED: **Termite and Pest Control Service**

☐ Valley Forge Insurance Company

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☑ CORPORATION
☐ JOINT VENTURE   ☐ OTHER _____

**SIC 73420**

2. Policy Period:
   11-01-80   To: 11-01-81   12 01 A.M., STANDARD TIME
                             AT THE ADDRESS OF THE IN-
                             SURED AS STATED HEREIN

THIS DECLARATIONS PAGE IS ISSUED IN CONJUNCTION WITH AND FORMS A PART OF THE
COMMERCIAL CASUALTY POLICY

3. Audit Period: Annual, unless otherwise stated.

4. The insurance afforded is only with respect to the following Coverage Part(s) indicated by specific premium charge(s).

| ADVANCE PREMIUMS | COVERAGE PART(S) | ADVANCE PREMIUMS | COVERAGE PART(S) |
|---|---|---|---|
| $ | Comprehensive General Liability Insurance | $ | Completed Operations and Products Liability Insurance |
| $ | Comprehensive Automobile Liability Insurance | $ | Comprehensive Personal Insurance |
| $ | Automobile Medical Payments Insurance | $ | Garage Insurance |
| $ | Uninsured Motorists Insurance | $ | Owners' and Contractors' Protective Liability Insurance |
| $ | Automobile Physical Damage Insurance | $ | Premises Medical Payments Insurance |
| $ | Contractual Liability Insurance | $ | Uninsured Motorists Insurance |
| $ 51,303. | Manufacturers' and Contractors' Liability Insurance | $ | Basic Automobile Liability Insurance |
| $ | Owners', Landlords' and Tenants' Liability Insurance | $ | Automobile Medical Payments Insurance |
| | | $ | Uninsured Motorists Insurance |
| $ | Form numbers of endorsements attached at issuance include: | G-39000, G-39001, G-39005, G-32088, |
| $ 51,303. | Total Advance Premium for this policy. | GL-0019, G-530, G-526, G-505, G-525, G-39065, G-39543 |

5. If Policy Period more than one year:
   $         Gross Premium         $         Discount         $         Net Premium
   Premium is payable:
   $         On effective date of Policy         $         1st Anniversary         $         2nd Anniversary

6. This declarations page is issued in conjunction with and forms a part of an insurance policy which is completed with the addition of the coverage part(s) indicated above by an advance premium and if any, by additional declarations, schedule(s), and endorsement(s). Such Coverage Part(s), and if any, additional declarations, schedule(s) and endorsement(s) disclose all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.*

7. During the past three years no insurer has canceled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein.*

*ABSENCE OF AN ENTRY MEANS "NO EXCEPTION". ITEM NO. 7 NOT APPLICABLE IN MISSOURI.

JJ - 12-3-80

G-31995-8

Countersigned by _____

PRODUCERS COPY

Authorized Agent

ACC/CCC 00427

The Additional Declarations and Schedule Below Are For Completion Of The Coverage Part Indicated By An ☒ In The Appropriate Box.

☐ COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
☐ COMPREHENSIVE GENERAL LIABILITY INSURANCE.
☐ CONTRACTUAL LIABILITY INSURANCE (Designated Contracts Only)

☒ MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
☐ OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
☐

## ADDITIONAL DECLARATIONS

Interest of named insured in such premises (check below).
☒ Owner   ☐ General Lessee   ☐ Tenant   ☐ Other_____
Part occupied by named insured (enter)

Entire

Location of all premises owned by, rented to or controlled by the named insured.
(Enter "same" if same location as address shown in Item 1 of declarations)

SCHEDULE          Same

| Coverages | LIMITS OF LIABILITY | | Coverages | LIMITS OF LIABILITY it Combined Limits Apply For Coverages A & B | |
|---|---|---|---|---|---|
| | Each Occurrence | Aggregate | | Each Occurrence | Aggregate |
| *A—Bodily Injury Liability | $ | $ | *A—Bodily Injury Liability and | $ 500,000. | $ 500,000. |
| *B—Property Damage Liability | $ | $ | *B—Property Damage Liability | | |

*Coverages for Contractual Liability are: Y = Bodily Injury Liability   Z = Property Damage Liability

| DESCRIPTION OF HAZARDS | CODE NO. | PREMIUM BASES | RATES | | ADVANCE PREMIUMS | |
|---|---|---|---|---|---|---|
| | | | BODILY INJURY | PROPERTY DAMAGE | BODILY INJURY | PROPERTY DAMAGE |
| Premises—Operations—Escalators (Number at Premises) | | (a) Area (sq. ft.) (b) Frontage (c) Remuneration (e) Number Insured | (a) Per 100 sq. ft. of Area (b) Per linear ft. (c) Per $100 of Remuneration (e) Per Landing | | | |
| Exterminators — including termite control — excluding the use of gas of any kind. | | | | | | |
| Texas | 73420 | c)1,061,339 c)1.464 | Incl | | 15,538 | Incl |
| Ala., Fla., Ga., La., and Ms. | 73420 | c)7,138,661 c) .501 $8,200,000 | Incl | | 35,765 | Incl |
| Independent Contractors | | (g) Cost (h) Number | (g) Per $100 of Cost (h) Per Contract | | | |
| Designated Contracts | | (g) Cost (h) Number | (g) Per $100 of Cost (h) Per Contract | | | |
| Completed Operations—Products | | (d) Receipts (f) Sales | (d) Per $1,000 of Receipts (f) Per $1,000 of Sales | | | |
| Total Advance Premium | | | | | 51,303 | Incl |

G-39001-A          PRODUCERS COPY

CNA
(over)

ACC/CCC 00428

## AMENDMENT OF CARE CUSTODY CONTROL

It is agreed that the following additional provisions apply with respect to bodily injury or property damage arising out of the pest or rodent control operations performed by or on behalf of the named insured.

### AMENDMENTS OF COVERAGE

Exclusion (k) does not apply to property in the care, custody, or control of the insured or as to which the insured is for any purpose exercising physical control while pest or rodent control operations are being performed thereon.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 1 | | | |

*INSURANCE FROM*



Countersigned by _____

Authorized Representative

G-39543-A

ACC/CCC 00429

This endorsement voids and replaces previous Endt No. 2 issued

effective 11-1-80.

It is agreed that the following changes are applicable to this policy:

The mailing address of Named Insured is amended to read:

P. O. Box 16667
Mobile, Alabama 36616

The named Insured is amended to include the following names:

-Terminix 7, Inc. DBA Terminix Service
-Terminix 65, Inc. DBA Terminix Service
-Terminix 66, Inc. DBA Terminix Service
-Terminix 67A, Inc. DBA Terminix Service
-Terminix 70, Inc.
-Leasing of Mobile, Inc.
-Pioneer Pest Control, Inc.
-Robert J. Williams (Individually)

Forms G-31670 and G-39543 are attached and forms a part of this policy.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 2A | CCP 743 05 70 | Allied Bruce Terminix Companies | 11-01-80 |



INSURANCE FROM **CNA**    jp 8-18



Boyle-Vaughn Agency    034192

Countersigned by _____
                        Authorized Representative

G-39543-A

ACC/CCC 00430

It is agreed that Rogers Exterminating Company, Inc. is added as
an additional named insured.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effec-
tive date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| 2. | CCP7430570 | Allied Bruce Terminix Companies | 7/30/81 |

INSURANCE FROM



8/5/81

Boyle-Vaughan Associates, inc.
Columbia, S. C.

Countersigned by _____
                              Authorized Representative

G-39543-A

**ACC/CCC 00431**

It is agreed that Azalea Termite & Pest Control Co., Inc. is
added as additional named insured.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| | CCP7430570 | Allied-Bruce Terminix Companies | 5/29/81 |

INSURANCE FROM



Columbia, S. C
BOYLE-VAUGHAN ASSOCIATES, INC.

Countersigned by _____
Authorized Representative

G-39543-A

ACC/CCC 00432

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' LANDLORDS' AND TENANTS' LIABILITY INSURANCE

## BROAD FORM PROPERTY DAMAGE ENDORSEMENT
(Excluding Completed Operations)

It is agreed that the insurance for property damage liability applies, subject to the following additional provisions:

A. The exclusions relating to property damage to (1) property owned, occupied or used by or rented to the insured or in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control and (2) work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith, are replaced by the following exclusions (w) and (x):

(w) to property damage

(1) to property owned or occupied by or rented to the insured, or, except with respect to the use of elevators, to property held by the insured for sale or entrusted to the insured for storage or safekeeping.

(2) except with respect to liability under a written sidetrack agreement or the use of elevators to

(a) property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,

(b) tools or equipment while being used by the insured in performing his operations,

(c) property in the custody of the insured which is to be installed, erected or used in construction by the insured,

(d) that particular part of any property, not on premises owned by or rented to the insured,

(i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or

(ii) out of which any property damage arises, or

(iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;

(x) with respect to the completed operations hazard (if the insurance otherwise applies to property damage included within such hazard) and with respect to any classification stated below as "including completed operations", to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith.

B. The insurance afforded by this endorsement shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as but not limited to Fire and Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the "Other Insurance" Condition is amended accordingly.

Classification:

Supplementary Schedule

| | | | |
|---|---|---|---|
| ☐ Premium Included in Coverage Part Schedule | | | |
| ☐ Basis of Premium | | Rate | Additional Advance Premium |
| Coverage Part Premises Operations, | | | |
| Elevator and Independent Contractors | | 10 % | $ Included |
| Property Damage Premium | 20. | | |
| Minimum Premium for this endorsement $ | | | |

This endorsement forms a part of and is for attachment to the following described policy issued by the CNA/INSURANCE company designated therein, takes effect on the effective date of said policy, unless another effective date is shown below, at the hour stated in said policy and expires concurrently with said policy.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |
| | | | |

## ›·CNA /insurance

Broad Form
Property Damage Endorsement (Excluding Completed Operations)
Form G-39065-A                    Countersigned by _____

                                                Authorized Agent

ACC/CCC 00433

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following designated insurance:

☐ COMPREHENSIVE GENERAL LIABILITY INSURANCE
☐ COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
☐ CONTRACTUAL LIABILITY INSURANCE
☐
☐

## SINGLE LIMIT OF LIABILITY
(All Bodily Injury Liability and All Property Damage Liability Combined)

SCHEDULE

| Coverages | LIMITS OF LIABILITY | |
|---|---|---|
| | EACH OCCURRENCE | AGGREGATE |
| Bodily Injury Liability and Property Damage Liability Combined | $ See 1-39001 | $ |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

### LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, (3) claims made or suits brought on account of bodily injury or property damage or (4) automobiles or units of mobile equipment to which this policy applies, the company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages because of bodily injury or property damage as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and which is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which

(OVER)

This endorsement, which forms a part of and is for attachment to the following described policy issued by the company designated therein, takes effect on the effective date of said policy, unless another effective date is shown below, at the hour stated in said policy and expires concurrently with said policy.

| Must Be Completed | | Complete Only When This Endorsement Is Not Prepared with the Policy Or Is Not to be Effective with the Policy | |
|---|---|---|---|
| ENDT. NO. | POLICY NO. | ISSUED TO | EFFECTIVE DATE OF THIS ENDORSEMENT |

INSURANCE FROM
**CNA**

G-32088-B

Countersigned by _____
Authorized Agent

ACC/CCC 00434

liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard;

(4) all property damage for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

Such aggregate limit shall apply separately:

(i) to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the named insured;

(ii) to the sum of the damages for all bodily injury and property damage described in subparagraph (3); and

(iii) to the property damage (a) described in subparagraph (4) and (b) separately with respect to each project away from premises owned by or rented to the named insured.

Provided, however, subparagraph (b) 4 and (iii) (a) apply only when this endorsement modifies Contractual Liability Insurance.

(c) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## State Provisions

With respect to an occurrence for which this policy is given in lieu of security in, or when this policy is certified as proof of financial responsibility for the future under the provisions of a motor vehicle financial responsibility law of, Illinois, Indiana, Kansas, New York or Virginia, the following additional paragraph applies:

The company's limit of liability shall first be (a) $10,000 for all damages arising out of bodily injury sustained by one person as the result of any one occurrence ($15,000 in Indiana and Kansas, $20,000 in Virginia), (b) $20,000 for all damages arising out of bodily injury sustained by two or more persons as the result of any one occurrence ($30,000 in Indiana and Kansas, $40,000 in Virginia) and (c) $5,000 for all damages because of property damage sustained by one or more persons or organizations as the result of any one occurrence ($10,000 in Indiana) and such limits shall then be supplemented by any amounts remaining within the limit of liability stated in this endorsement which limit is the total amount of the company's liability for all damages as the result of any one occurrence.

ACC/CCC 00435

Aug-18-2004  15:38    From-BB&T BOYLE VAUGHAN                                803-252-2406              T-321   P 011/017   F-838

GL 00 19 07 78

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement Effective                                Policy No.                                Endorsement No.

Named Insured

Countersigned by _____

(Authorized Representative)

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### GENERAL LIABILITY INSURANCE

### SMP LIABILITY INSURANCE

### BUSINESSOWNERS POLICY

---

## AMENDATORY ENDORSEMENT—ADDITIONAL DEFINITION

It is agreed that the following definition is added:

"loading or unloading", with respect to an automobile, means the handling of property after it is moved from the place where it is accepted for movement into or onto an automobile or while it is in or on an automobile or while it is being moved from an automobile to the place where it is finally delivered, but "loading or unloading" does not include the movement of property by means of a mechanical device (other than a hand truck) not attached to the automobile.

GL 00 19 07 78

ACC/CCC 00436

G526
(Ed. 3-74)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective Policy No. Endorsement No.

Named Insured

Countersigned by ______________________
(Authorized Representative)

## GENERAL LIABILITY

## AMENDMENT OF CANCELLATION CONDITIONS ENDORSEMENT

(Georgia)

It is agreed that the "Cancellation" Condition is replaced by the following:

This policy may be cancelled by the Named Insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective.

This policy may be cancelled by the company by mailing to the named insured at the last address of record, written notice stating when not less than thirty days thereafter such cancellation shall be effective; provided that, this policy may be cancelled by the company by mailing to the named insured at the last address of record, written notice stating:

1. when not less than fifteen days thereafter such cancellation shall be effective, if the policy insures a commercial or industrial concern, or
2. when not less than ten days thereafter such cancellation shall be effective, if the named insured fails to discharge when due any of his obligations in connection with the payment of premium for this policy or any installment thereof, whether payable directly to the company or its agent or indirectly under any premium finance plan or extension of credit, or
3. when not less than ten days thereafter such cancellation shall be effective, if this policy has been in effect less than sixty days at the time notice of cancellation is mailed and this is not a renewal policy.

The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by such insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment shall be made within 15 days of notice of cancellation unless an audit or rate investigation is required in which case such premium adjustment shall be made as soon as practicable, but payment or tender of unearned premium is not a condition of cancellation.

COVERAGE PART

For attachment to Policy No. _____

M&C

## MANUFACTURERS AND CONTRACTORS' LIABILITY INSURANCE
## COVERAGE FOR PREMISES AND FOR THE NAMED INSUREDS OPERATIONS IN PROGRESS

### I. COVERAGE A—BODILY INJURY LIABILITY
### COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

   A.  bodily injury or

   B.  property damage

to which this insurance applies, caused by an occurrence and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or of settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but with respect to bodily injury or property damage occurring while work performed by the named insured is in progress, this exclusion does not apply to a warranty that such work will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

   (1) any automobile or aircraft owned or operated by or rented or loaned to any insured or

   (2) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft owned or operated by or rented or loaned to the named insured;

but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

   (1) liability assumed by the insured under an incidental contract, or

   (2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable

   (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

   (2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

   (1) by, or because of, the violation of any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

   (2) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to

   (1) property owned or occupied by or rented to the insured,

   (2) property used by the insured, or

   (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

CNA

G.38604-A

ACC/CCC 00438





# Commercial Casualty Policy



*CNA/insurance*

G-39000-A

CONTENTS

Policy Jacket consisting of

Definitions of terms in general use throughout the policy
Supplementary Payments provided in connection with Liability Coverage
Conditions applicable to the Coverage Parts
Nuclear Energy Liability Exclusion

Inserts consisting of

Declarations Page
Coverage Parts describing insurance coverages and limitations thereon
Endorsements affording coverage or modifying the coverage afforded
Schedules and Additional Declarations where applicable completing
coverage parts and describing hazards.

Endorsements issued to form a part of the policy during its term should be placed in this policy jacket.

Please read your policy carefully and consult your agent or broker if you have questions.

ACC/CCC 00440

part hereof:

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed

ACC/CCC 00441

ACC/CCC 00442

CONTRACT

SUPPLEMENTARY PAYMENTS

CONDITIONS

1. Premium

2. Inspection and Audit

3. Financial Responsibility Laws

4. Action In the Event of Occurrence, Claim or Suit

5. Action Against Company

6. Other Insurance

7. Subrogation

or organization and the insured shall execute and deliver instruments [illegible] secure such rights. The insured shall do nothing [illegible] to prejudice such rights.

8. Changes Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company for asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

9. Assignment Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

10. Three Year Policy If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

11. Cancellation This policy may be [illegible] the named insured [illegible] surrender [illegible] the company or any of its authorized agents or by mail [illegible] the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

12. Declarations By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (BROAD FORM)

This endorsement modifies the provisions of this policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY, UMBRELLA LIABILITY AND MEDICAL PAYMENTS INSURANCE (OTHER THAN FAMILY AUTOMOBILE, COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE).

It is agreed that:

I. This policy does not apply:

A. Under any Liability Coverage, to damage

(1) with respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to damage resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

C. Under any Liability Coverage, to damage resulting from the hazardous properties of nuclear material, if

(1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) the damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this endorsement:

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means source material, special nuclear material or byproduct material;

"source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof;

"nuclear facility" means

(a) any nuclear reactor,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operation conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material,

"property damage" includes all forms of radioactive contamination of property.